AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SEC

             V.

Global Health, et al

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 04-1802-JM(BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court enters default judgment against the Individual Defendants. By separate order, the court enters final judgment against Defendants Dory and Adams..................................................................

| February 7, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON February 7, 2007

04-1802-JM(BLM)